GEOFFREY V. WHITE (SBN. 068012)
LAW OFFICE OF GEOFFREY V. WHITE
21-C Orinda Way #324
Orinda, California 94563
Telephone: (415) 373-8279
Facsimile:  (415) 484-7692
Email:  gvwhite@sprynet.com

THOMAS O. SINCLAIR (*admitted pro hac vice*)
M. CLAYBORN WILLIAMS (*admitted pro hac vice*)
SINCLAIRWILLIAMS LLC
2100A Southbridge Pkwy, Suite 336
Birmingham, Alabama 35209
Telephone:  205.868.0818
Facsimile:   205.868.0894
Email:  tos@sinclairwilliams.com
        mcw@sinclairwilliams.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN M. REYES**, individually and as representative on behalf of a class of similarly situated persons,<br><br>                Plaintiff,<br>      vs.<br><br>**BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND; and STEVEN BERTELLI, DAVID B. DURKEE, JETHRO A. HEAD, ART MONTMINY, ROBERT OAKLEY, JAMES RIVERS, RANDY D. ROARK, BARBARA BRASIER, TRAVIS CLEMENS, JON MCPHERSON, LOU MINELLA, DOUG RUYGROK, and JOHN WAGNER,** in their official capacities as Trustees,<br><br>                Defendants. | **Case No.  3:14-cv-5596-JST**<br><br>**STIPULATION TO EXTEND TIME FOR RESPONSE TO MOTION TO TRANSFER VENUE AND [PROPOSED] ORDER** |

STIPULATED REQUEST FOR ORDER CHANGING TIME                                                                     - **1** -
Case No. 3:14-cv-5596-JST

Pursuant to Local Rule 6-2(a), Plaintiff and Defendants hereby stipulate and request the Court to enter an order setting the following briefing schedule on the Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) (Doc. 20):

> Plaintiff's response to Defendants' motion shall be filed on or before March 19, 2015; and
> Defendants' reply shall be filed on or before March 26, 2015.

1. On February 26, 2015, the Defendants filed a Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). [Doc. 20]

2. The hearing date for said motion is set for April 9, 2015.

3. This extension is requested in order to provide an additional seven (7) days for the Plaintiff to provide the Court with Plaintiff's response.

4. Pursuant to Local Rule 6-1(b) and 6-2(a), the parties respectfully request the Court set the above briefing schedule on the Defendants' Motion to Transfer.

Dated:  March 6, 2015
    LAW OFFICE OF GEOFFREY V. WHITE
    SINCLAIRWILLIAMS LLC

By: /s/ *Thomas O. Sinclair*
    GEOFFREY V. WHITE
    THOMAS O. SINCLAIR (*admitted pro hac vice*)
    M. CLAYBORN WILLIAMS (*admitted pro hac vice*)
    Attorneys for Plaintiff

Dated:  March 6, 2015
    BREDHOFF &KAISER, PLLC
    WEINBERG, ROGER & ROSENFELD

By: /s/ *Robert Alexander*
    (*Authorized on March 6, 2015*)
    ROBERT ALEXANDER (*admitted pro hac vice*)
    JULIA PENNY CLARK (*admitted pro hac vice*)
    CONCEPCIÓN E. LOZANO-BATISTA
    EMILY P. RICH
    Attorneys for Defendants

[Proposed] **ORDER**

Pursuant to the parties' Stipulation, it is so ordered.

DATED: March 9, 2015   _____
United States

*IT IS SO ORDERED*
Judge Jon S. Tigar