UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. REYES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-05596-JST<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME AND FOR ADJOURNMENT OF SCHEDULED CMC**<br><br>Re: ECF No. 77 |

Before the Court is the parties' Stipulation to Extend Time For Response to Motion to Judgment on the Pleadings, to Extend Time for Discovery, and for Adjournment of the Scheduled Case Management Conference. ECF No. 77. The stipulation is granted with some modifications as follows:

Plaintiffs' response to Defendants' Motion for Judgment on the Pleadings shall be filed by November 3, 2015. Defendants' reply shall be filed by November 17, 2015.

The hearing on the Motion for Judgment on the Pleadings currently set for November 19, 2015, and the Case Management Conference currently set for November 18, 2015, are both continued to December 10, 2015 at 2:00 p.m. The Case Management Conference will immediately follow the hearing on the motion.

Further fact discovery is hereby tolled from October 8, 2015 until the later of January 5, 2016 or the date of the Court's ruling on the Motion for Judgment on the Pleadings. Fact discovery will then resume thereafter for 63 days. The Court continues to regard the deadline to file dispositive motions and the date of trial as firm. See ECF No. 61.

///

///

1     IT IS SO ORDERED.

2  Dated: October 8, 2015

3  _____
   JON S. TIGAR
4  United States District Judge