United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   JUAN M. REYES, et al.,
                                            Case No. 14-cv-05596-JST
8              Plaintiffs,
9        v.                                 **ORDER GRANTING STIPULATION TO
                                            STAY ALL DEADLINES TO
10  BAKERY AND CONFECTIONERY                FACILITATE SETTLEMENT**
    UNION AND INDUSTRY
11  INTERNATIONAL PENSION FUND, et al.,     Re: ECF No. 94

12             Defendants.

Before the Court is a Joint Stipulation to Stay All Deadlines for Sixty Days to Facilitate Settlement Discussions, filed on April 14, 2016. ECF No. 94. The parties request that the Court stay all remaining deadlines in the case: the deadline to respond to the Second Amended Complaint, which is currently April 19, 2016; the fact discovery deadline, which is currently May 24[1]; and the pretrial conference date, which is currently June 17, 2016.

Accordingly, the Court sets the following dates:

| Event | Deadline |
| --- | --- |
| Deadline to respond to Second Amended Complaint | June 20, 2016 |
| Fact discovery cut-off | July 23, 2016 |
| Pretrial conference statement due | August 9, 2016 |

---

[1] Pursuant to the Court's October 8, 2015 order, fact discovery was tolled from October 8 until the later of January 5, 2016 or the date of the Court's ruling on the Motion for Judgment on the Pleadings. ECF No. 78. After that date, fact discovery would resume for 63 days. Id. The Court's ruling was issued on March 22, 2016, which set the fact discovery deadline at May 24. ECF No. 89.

| Event | Deadline |
|---|---|
| Pretrial conference | August 19, 2016 at 2:00 p.m. |
| Trial | September 12, 2016 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: April 18, 2016



JON S. TIGAR
United States District Judge