EMILY P. RICH, Bar No. 168735
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD, P.C.
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: erich@unioncounsel.net
        clozano@unioncounsel.net

JULIA PENNY CLARK (*admitted pro hac vice*)
ROBERT ALEXANDER (*admitted pro hac vice*)
JAMES GRAHAM LAKE (*admitted pro hac vice*)
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St. N.W. Tenth Floor
Washington, DC 20005
Telephone (202) 842-2600
Fax (202) 842-1888
E-Mail: jpclark@bredhoff.com
        ralexander@bredhoff.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. REYES, SALVATORE TAGLIARENI, ANGEL DE LA CRUZ, ANTONIO MEROLLA, SMAIL MUSOVIC, TESFAYE GHEBREMEDHIN, PHILIP ROGERS, ALMOND REID, CARMELO CALABRO, RUSSELL NEUBERT, and JOHN WILLIAMS, individually and as representatives on behalf of a class of similarly situated persons,<br><br>                Plaintiffs,<br><br>v.<br><br>BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND; and STEVEN BERTELLI, DAVID B. DURKEE, JETHRO A. HEAD, ART MONTMINY, ROBERT OAKLEY, JAMES RIVERS, RANDY D. ROARK, BARBARA BRASIER, TRAVIS CLEMENS, JON MCPHERSON, LOU MINELLA, DOUG RUYGROK, and JOHN WAGNER, in their official capacities as Trustees,<br><br>                Defendants. | Case No. 3:14-cv-5596 (JST)<br><br>**JOINT STIPULATION TO STAY ALL PRETRIAL AND TRIAL DEADLINES AND FOR A SCHEDULING ORDER FOR PRELIMINARY APPROVAL OF A SETTLEMENT AGREEMENT; AND [PROPOSED] ORDER**<br><br>The Honorable Jon S. Tigar |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

## JOINT STIPULATION

The parties have reached an agreement in principle to settle this case. Pursuant to Local Rule 6-2(a), Plaintiffs and Defendants hereby stipulate and request the Court to enter an order staying the case and all its deadlines pending further order by the Court, and to set a deadline of August 4, 2016 by which Plaintiffs may file a motion for preliminary approval of the settlement. In support of this request, the parties state as follows:

1. The parties have reached a proposed classwide settlement of the case after engaging in a day-long mediation facilitated by a JAMS mediator, Jed D. Melnick. While the parties have agreed in principle on the terms of the proposed settlement, there is substantial work yet to be done to reduce those terms to a final written class settlement agreement and to prepare the materials required to initiate the class action settlement approval process pursuant to Federal Rule of Civil Procedure 23(e).

2. The requested stay will permit the parties to focus their efforts, resources, and attention on concluding the settlement process. The stay will also save the parties considerable time and expense of continuing litigation of a case the parties have agreed to settle.

3. Consistent with the local rules, previous time modifications in this case are set forth in the accompanying declaration as is a description of the effect of the requested time modification.

WHEREFORE, Plaintiffs and Defendants jointly request that the Court grant their request for a stay of all pretrial and trial deadlines and for an order providing that Plaintiffs may file a motion for preliminary approval of the settlement on or before August 4, 2016.

Dated: June 3, 2016

ABBEY SPANIER LLP
FRUMKIN & HUNTER LLP
LAW OFFICE OF GEOFFREY V. WHITE
SINCLAIR LAW FIRM

By:  */s/ Judith L. Spanier*
(with authorization by email on June 3, 2016)
WILLIAM D. FRUMKIN (*admitted pro hac vice*)
ELIZABETH E. HUNTER (*admitted pro hac vice*)
NANCY KABOOLIAN (*pro hac vice to be filed*)

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

|   |   |
|---|---|
| Dated: June 3, 2016 | THOMAS O. SINCLAIR (*admitted pro hac vice*)<br>JUDITH L. SPANIER (*admitted pro hac vice*)<br>GEOFFREY V. WHITE<br><br>Attorneys for Plaintiff<br><br>BREDHOFF & KAISER, PLLC<br>WEINBERG, ROGER & ROSENFELD<br><br>By: _____<br>ROBERT ALEXANDER (*admitted pro hac vice*)<br>JULIA PENNY CLARK (*admitted pro hac vice*)<br>JAMES GRAHAM LAKE (*admitted pro hac vice*)<br>CONCEPCIÓN E. LOZANO-BATISTA<br>EMILY P. RICH<br><br>Attorneys for Defendants |

### [PROPOSED] ORDER

The parties' Joint Stipulation to Stay All Pretrial and Trial Deadlines and for a Scheduling Order for Preliminary Approval of a Settlement Agreement is GRANTED. The case and all its deadlines are hereby STAYED with the exception that Plaintiffs shall file their motion for preliminary approval of the settlement agreement on or before ___August 4___, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___June 7___, 2016

_____
THE HONORABLE JON S. TIGAR

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
JOINT STIPULATION TO STAY ALL DEADLINES
Case No. 3:14-cv-5596 (JST)