UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN M. REYES, SALVATORE TAGLIARENI, ANGEL DE LA CRUZ, ANTONIO MEROLLA, SMAIL MUSOVIC, TESFAYE GHEBREMEDHIN, PHILIP ROGERS, ALMOND REID, CARMELO CALABRO, RUSSELL NEUBERT, and JOHN WILLIAMS**, individually and as representatives on behalf of a class of similarly situated persons,<br><br>            Plaintiffs,<br>    vs.<br><br>**BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND; and STEVEN BERTELLI, DAVID B. DURKEE, JETHRO A. HEAD, ART MONTMINY, ROBERT OAKLEY, JAMES RIVERS, RANDY D. ROARK, BARBARA BRASIER, TRAVIS CLEMENS, JON MCPHERSON, LOU MINELLA, DOUG RUYGROK, and JOHN WAGNER**, in their official capacities as Trustees,<br><br>            Defendants. | Case No.  3:14-cv-5596-JST<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR FINAL EXTENSION OF PLAINTIFFS' DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT** |

**[PROPOSED] ORDER**

The parties' Joint Stipulation for Final Extension of Plaintiff's Deadline to File Motion for Preliminary Approval of the Settlement Agreement is GRANTED. Plaintiffs shall file their motion on or before October 24, 2016.

In addition, the Court sets the following schedule:

| Event | Deadline |
|---|---|
| Deadline to respond to Second Amended Complaint | November 7, 2016 |
| Fact discovery cut-off | December 8, 2016 |
| Pretrial conference statement due | December 30, 2016 |
| Pretrial conference | January 9, 2017 |
| Trial | February 2, 2017 |

1  Absent a showing of good cause, no further extensions will be granted.

2

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6  Dated: September 12, 2016            _____
                                        THE HONORABLE JON S. TIGAR

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER                                                    2
Case No. 3:14-cv-5596-JST