EMILY P. RICH, Bar No. 168735
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD, P.C.
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: erich@unioncounsel.net
        clozano@unioncounsel.net

JULIA PENNY CLARK (*admitted pro hac vice*)
ROBERT ALEXANDER (*admitted pro hac vice*)
JAMES GRAHAM LAKE (*admitted pro hac vice*)
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St. N.W. Tenth Floor
Washington, DC 20005
Telephone (202) 842-2600
Fax (202) 842-1888
E-Mail: jpclark@bredhoff.com
        ralexander@bredhoff.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. REYES, SALVATORE TAGLIARENI, ANGEL DE LA CRUZ, ANTONIO MEROLLA, SMAIL MUSOVIC, TESFAYE GHEBREMEDHIN, PHILIP ROGERS, ALMOND REID, CARMELO CALABRO, RUSSELL NEUBERT, and JOHN WILLIAMS, individually and as representatives on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND; and STEVEN BERTELLI, DAVID B. DURKEE, JETHRO A. HEAD, ART MONTMINY, ROBERT OAKLEY, JAMES RIVERS, RANDY D. ROARK, BARBARA BRASIER, TRAVIS CLEMENS, JON MCPHERSON, LOU MINELLA, DOUG RUYGROK, and JOHN WAGNER, in their official capacities as Trustees,<br><br>Defendants. | Case No. 3:14-cv-5596 (JST)<br><br>**JOINT STIPULATION TO STAY ALL PRETRIAL AND TRIAL DEADLINES PENDING DISPOSITION OF THE PROPOSED SETTLEMENT**<br><br>The Honorable Jon S. Tigar |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

JOINT STIPULATION TO STAY ALL DEADLINES
Case No. 3:14-cv-5596 (JST)

# JOINT STIPULATION

The parties have reached agreement on a stipulation of settlement which they have filed with the Court, and Plaintiffs have filed a motion for preliminary approval of that agreement. Pursuant to Local Rule 6-2(a), Plaintiffs and Defendants hereby stipulate and request the Court to enter an order staying all of the other deadlines it set in its Order [Dkt. No. 101], pending further order by the Court at the conclusion of the settlement approval process.  Such a stay will allow the parties to focus their efforts on the settlement approval process, and it will help effectuate a central purpose of the settlement agreement: namely, avoiding the costs of litigation.

Consistent with the local rules, previous time modifications in this case are set forth in the accompanying declaration as is a description of the effect of the requested time modification.

WHEREFORE, Plaintiffs and Defendants jointly request that the Court grant their request for a stay of the deadlines set forth in the chart in the Court's Order [Dkt. No. 101], pending further order by the Court at the conclusion of the settlement approval process.

Dated:  October 26, 2016

ABBEY SPANIER LLP
FRUMKIN & HUNTER LLP
LAW OFFICE OF GEOFFREY V. WHITE
SINCLAIR LAW FIRM

By: /s/ Judith L. Spanier (with permission)
WILLIAM D. FRUMKIN (*admitted pro hac vice*)
ELIZABETH E. HUNTER (*admitted pro hac vice*)
NANCY KABOOLIAN (*pro hac vice to be filed*)
THOMAS O. SINCLAIR (*admitted pro hac vice*)
JUDITH L. SPANIER (*admitted pro hac vice*)
GEOFFREY V. WHITE
*Attorneys for Plaintiffs*

Dated:  October 26, 2016

BREDHOFF & KAISER, PLLC
WEINBERG, ROGER & ROSENFELD

By: [signature]
ROBERT ALEXANDER (*admitted pro hac vice*)
JULIA PENNY CLARK (*admitted pro hac vice*)
JAMES GRAHAM LAKE (*admitted pro hac vice*)
CONCEPCIÓN E. LOZANO-BATISTA
EMILY P. RICH
*Attorneys for Defendants*

## [PROPOSED] ORDER

The parties' Joint Stipulation to Stay All Pretrial and Trial Deadlines Pending Disposition of the Proposed Settlement is GRANTED. The deadlines set forth in the Court's Order [Dkt. No. 101] are STAYED pending further order by the Court. The Court will set the deadlines for the settlement approval process in a separate order, after reviewing Plaintiffs' motion for preliminary approval of the settlement agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __October 26, 2016__, 2016

_____
THE HONORABLE JON S. TIGAR

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
JOINT STIPULATION TO STAY ALL DEADLINES
Case No. 3:14-cv-5596 (JST)