EMILY P. RICH, Bar No. 168735
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD, P.C.
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: erich@unioncounsel.net
       clozano@unioncounsel.net

JULIA PENNY CLARK (*admitted pro hac vice*)
ROBERT ALEXANDER (*admitted pro hac vice*)
JAMES GRAHAM LAKE (*admitted pro hac vice*)
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St. N.W. Tenth Floor
Washington, DC 20005
Telephone (202) 842-2600
Fax (202) 842-1888
E-Mail: jpclark@bredhoff.com
       ralexander@bredhoff.com
       glake@bredhoff.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN M. REYES, SALVATORE TAGLIARENI, ANGEL DE LA CRUZ, ANTONIO MEROLLA, SMAIL MUSOVIC, TESFAYE GHEBREMEDHIN, PHILIP ROGERS, ALMOND REID, CARMELO CALABRO, RUSSELL NEUBERT, and JOHN WILLIAMS, individually and as representatives on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND; and STEVEN BERTELLI, DAVID B. DURKEE, JETHRO A. HEAD, ART MONTMINY, ROBERT OAKLEY, JAMES RIVERS, RANDY D. ROARK, BARBARA BRASIER, TRAVIS CLEMENS, JON MCPHERSON, LOU MINELLA, DOUG RUYGROK, and JOHN WAGNER, in their official capacities as Trustees,<br><br>Defendants. | Case No. 3:14-cv-5596 (JST)<br><br>**JOINT STIPULATION TO EXTEND DEADLINES FOR PENDING MOTIONS**<br><br>The Honorable Jon S. Tigar |

# JOINT STIPULATION

Pursuant to Local Rule 6-2(a), Plaintiffs and Defendants hereby stipulate and request that the Court extend the deadline for Defendants to file their opposition to Plaintiffs' Motion for Attorneys' Fees and Costs from August 17, 2017, to August 29, 2017, extend the deadline for Defendants to file their statement of non-opposition to Plaintiffs' Motion for Final Approval of Class Action Settlement from August 17, 2017, to August 29, 2017, and extend the deadline for Plaintiffs to file their reply to their Motion for Attorneys' Fees and Costs from August 24, 2017, to September 15, 2017. In support of this request, the parties state as follows:

1. The parties request this extension in order to permit Defendants to respond thoroughly to the extensive factual issues raised in Plaintiffs' Motion for Attorneys' Fees and Costs. Defendants' counsel have pre-existing work and vacation commitments that would make it difficult to provide a response by the current deadline. And Defendants' counsel further believe it will be appropriate and useful to have its statement of non-opposition to Plaintiffs' Motion for Final Approval of Class Action Settlement due on the same day, so that they can coordinate the two filings.

2. This extension would also consolidate Plaintiffs' briefing allowing their reply to be filed following the presently set objection deadline of August 31, 2017 thus allowing in a single pleading Plaintiffs' reply to Defendants' briefing on fees and costs and response to any Class Member objections to the motion for fees and costs.

Consistent with the Local Rules, previous time modifications in this case are set forth in the accompanying declaration as is a description of the effect of the requested time modification.

WHEREFORE, Plaintiffs and Defendants jointly request that the Court grant their request for an extension of the deadline for Defendants to file their opposition to Plaintiffs' Motion for Attorneys' Fees and Costs from August 17, 2017, to August 29, 2017, an extension of the deadline for Defendants to file their statement of non-opposition to Plaintiffs' Motion for Final Approval of Class Action Settlement from August 17, 2017, to August 29, 2017, and an extension of the deadline for Plaintiffs to file their reply to their Motion for Attorneys' Fees and Costs from August 24, 2017, to September 15, 2017.

Dated: August 9, 2017         ABBEY SPANIER LLP
                              FRUMKIN & HUNTER LLP
                              LAW OFFICE OF GEOFFREY V. WHITE
                              SINCLAIR LAW FIRM

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

|   |   |   |
|---|---|---|
| | By: | */s/ Thomas O. Sinclair* |
| | | (with authorization by email on August 9, 2017) |
| | | WILLIAM D. FRUMKIN (*admitted pro hac vice*) |
| | | ELIZABETH E. HUNTER (*admitted pro hac vice*) |
| | | NANCY KABOOLIAN (*pro hac vice to be filed*) |
| | | THOMAS O. SINCLAIR (*admitted pro hac vice*) |
| | | JUDITH L. SPANIER (*admitted pro hac vice*) |
| | | GEOFFREY V. WHITE |
| | | |
| | | Attorneys for Plaintiff |
| Dated: August 9, 2017 | | BREDHOFF & KAISER, PLLC |
| | | WEINBERG, ROGER & ROSENFELD |
| | By: | */s/ Robert Alexander* |
| | | ROBERT ALEXANDER (*admitted pro hac vice*) |
| | | JULIA PENNY CLARK (*admitted pro hac vice*) |
| | | JAMES GRAHAM LAKE (*admitted pro hac vice*) |
| | | CONCEPCIÓN E. LOZANO-BATISTA |
| | | EMILY P. RICH |
| | | |
| | | Attorneys for Defendants |

## [~~PROPOSED~~] ORDER

The parties' Joint Stipulation to Extend Deadlines for Motion for Pending Motions is GRANTED. The deadline for Defendants to file their Opposition to Plaintiffs' Motion for Award of Attorneys' Fees and Costs and the deadline for Defendants to file their Statement of Non-opposition to Plaintiffs' Motion for Final Approval of Class Action Settlement are hereby extended to August 29, 2017. The deadline for Plaintiffs to file their Reply Brief to Plaintiffs' Motion for Award of Attorneys' Fees and Costs is hereby extended to September 15, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 9, 2017__, 2017

_____
THE HONORABLE JON S. TIGAR

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001