EMILY P. RICH, Bar No. 168735
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD, P.C.
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail:  erich@unioncounsel.net
              clozano@unioncounsel.net

JULIA PENNY CLARK (*admitted pro hac vice*)
ROBERT ALEXANDER (*admitted pro hac vice*)
JAMES GRAHAM LAKE (*admitted pro hac vice*)
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St. N.W. Tenth Floor
Washington, DC  20005
Telephone (202) 842-2600
Fax (202) 842-1888
E-Mail: jpclark@bredhoff.com
           ralexander@bredhoff.com
           glake@bredhoff.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. REYES, SALVATORE TAGLIARENI, ANGEL DE LA CRUZ, ANTONIO MEROLLA, SMAIL MUSOVIC, TESFAYE GHEBREMEDHIN, PHILIP ROGERS, ALMOND REID, CARMELO CALABRO, RUSSELL NEUBERT, and JOHN WILLIAMS, individually and as representatives on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND; and STEVEN BERTELLI, DAVID B. DURKEE, JETHRO A. HEAD, ART MONTMINY, JAMES RIVERS, RANDY D. ROARK, BARBARA BRASIER, TRAVIS CLEMENS, JON MCPHERSON, LOU MINELLA, DOUG RUYGROK, and JOHN WAGNER, in their official capacities as Trustees,<br><br>Defendants. | Case No. 3:14-cv-5596 (JST)<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO CLASS COUNSEL REPORT**<br><br>The Honorable Jon S. Tigar |

# DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO CLASS COUNSEL REPORT

On November 9, 2017, in response to the Court's September 28th Minute Order, Dkt. 158, and October 11th Order, Dkt. 162, Plaintiffs filed a Class Counsel Report and Supporting Documentation on Costs, Dkt. 164. In this report, Class Counsel included new argument concerning their fees motion, including new legal theories not raised in their petition for attorney's fees and citation to new legal authority. Defendants therefore request leave to file a short response to the Class Counsel Report, which is attached hereto as Exhibit A.

WHEREFORE, Defendants request leave of the Court to file the Response attached as Exhibit A to this motion.

Respectfully submitted,

Dated:  November 20, 2017
BREDHOFF & KAISER, PLLC
WEINBERG, ROGER & ROSENFELD

By:      */s/ Robert Alexander*
ROBERT ALEXANDER (*admitted pro hac vice*)
JULIA PENNY CLARK (*admitted pro hac vice*)
JAMES GRAHAM LAKE (*admitted pro hac vice*)
CONCEPCIÓN E. LOZANO-BATISTA
EMILY P. RICH

Attorneys for Defendants

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
DEFS.' MOT. FOR LEAVE TO FILE RESP. TO CLASS COUNSEL REPORT
Case No. 3:14-cv-5596 (JST)

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5-5, I hereby certify that on November 20, 2017, Defendants' Motion for Leave to File Response to Class Counsel Report, the attached Defendants' Response to Class Counsel Report that is the subject of the motion, and this Certificate of Service were served via U.S. Mail on:

Laurie Janouski
246 Lake Joy Road
Perry, GA 31069

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2017

                                                                /s/ *Paula Seguin*
                                                                Paula Seguin

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001