UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. REYES, SALVATORE TAGLIARENI, ANGEL DE LA CRUZ, ANTONIO MEROLLA, SMAIL MUSOVIC, TESFAYE GHEBREMEDHIN, PHILIP ROGERS, ALMOND REID, CARMELO CALABRO, RUSSELL NEUBERT, and JOHN WILLIAMS, individually and as representatives on behalf of a class of similarly situated persons,<br><br>        Plaintiffs,<br>   vs.<br><br>BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND; and STEVEN BERTELLI, DAVID B. DURKEE, JETHRO A. HEAD, ART MONTMINY, JAMES RIVERS, RANDY D. ROARK, BARBARA BRASIER, TRAVIS CLEMENS, JON MCPHERSON, LOU MINELLA, DOUG RUYGROK, and JOHN WAGNER, in their official capacities as Trustees,<br><br>        Defendants. | Case No. 3:14-cv-5596-JST |

**AFFIDAVIT OF THE SETTLEMENT ADMINISTRATOR STRATEGIC CLAIMS SERVICES CONCERNING THE COMPLETED APPLICATION DEADLINE**

On behalf of the duly appointed Settlement Administrator, Strategic Claims Services, **HARRY MILES**, being duly sworn, states as follows:

1. I submit this affidavit to provide the Court and the parties to the above-captioned litigation with information regarding the Completed Application Deadline. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2. I am the Director of Technology at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over three years of experience

1

specializing in the administration of class action cases. SCS was established in April 1999 and has administered over three-hundred and fifty (350) class action cases since its inception.

3. As of November 20, 2017 SCS has received determinations for all Facially Complete Applications and all Facially Incomplete Applications who submitted timely deficiency responses which were then transmitted to the Defendants Bakery and Confectionery Union and Industry International Pension Fund ("Pension Fund").

4. **The total amount of approved Payment Period Settlement Amounts due to Class Members is $10,225,006.20.** This amount includes In Pay Status Class Members who did not need to complete Applications and all other Class Members who submitted Applications which were approved by the Pension Fund.

5. Subject to the order of this Court, in order to finalize the distribution of the Settlement Fund, any additional applications or additional late deficiency responses received by SCS will not be processed.

Signed this 28th day of November 2017, in Media, Pennsylvania.

_____
Harry Miles on behalf of Strategic Claims Services

Sworn to before me this

28th day of November 2017

_____
Notary Public

Commonwealth of Pennsylvania

Notarial Seal
FAYE S KNOWLES – Notary Public
MARPLE TWP, DELAWARE COUNTY
My Commission Expires Aug 27, 2021