UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. REYES, SALVATORE TAGLIARENI, ANGEL DE LA CRUZ, ANTONIO MEROLLA, SMAIL MUSOVIC, TESFAYE GHEBREMEDHIN, PHILIP ROGERS, ALMOND REID, CARMELO CALABRO, RUSSELL NEUBERT, and JOHN WILLIAMS, individually and as representatives on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br>vs.<br><br>BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND; and STEVEN BERTELLI, DAVID B. DURKEE, JETHRO A. HEAD, ART MONTMINY, JAMES RIVERS, RANDY D. ROARK, BARBARA BRASIER, TRAVIS CLEMENS, JON MCPHERSON, LOU MINELLA, DOUG RUYGROK, and JOHN WAGNER, in their official capacities as Trustees,<br><br>Defendants. | Case No. 3:14-cv-5596-JST<br><br>CLASS ACTION<br><br>STIPULATED [PROPOSED] ORDER:<br><br>(1) RESOLVING AS MOOT PLAINTIFFS' MOTION (ECF 166)<br><br>AND<br><br>(2) PROVIDING A FINAL JOINT REPORT ON THE SETTLEMENT FUND APPLICATION PROCESS |

STIPULATED [PROPOSED] ORDER

The parties in the above-captioned suit have reached a stipulation regarding factual issues that affect the timeliness of existing Applications as well as of any future Applications or Deficiency Responses that may be received under the Stipulation of Settlement, Dkt. No. 125 ("Settlement Agreement"). The parties have stipulated and agreed to the following:

1. On November 20, 2017, the Fund transmitted its final determinations on all Applications (including Facially Incomplete Applications) to the Settlement Administrator. Exhibit 1, Affidavit of the Settlement Administrator. As such, November 20, 2017 was "the date on which the Fund has finished making all initial determinations with respect to those Applications that were submitted on or before both the Application Deadline and the Completed

[PROPOSED] ORDER
Case No. 3:14-cv-5596-JST

Application Deadline" under Section 6.4.6 of the Settlement Agreement. Id. As a consequence of this, any Application or Deficiency Response received after November 20, 2017 is untimely and will not be reviewed;

2. Based upon those determinations and pursuant to the terms of the Stipulation of Settlement (ECF 125 at Sec. 6.3.7) "within three (3) business days after the Order and Judgment (approving the settlement) becomes Final, the Pension Fund shall deposit into the Settlement Fund" an additional $9,725,006.20 (which represents a **total amount of settlement awards of $10,225,006.20** minus the $500,000 advance payment that the Pension Fund made on April 20, 2017 pursuant to Section 6.3.5 of the Settlement Agreement). This Amount is confirmed by the Pension Fund and separately by the Settlement Administrator. Exhibit 1, Affidavit of the Settlement Administrator. Because the settlement provides an administrative appeals process to class members who had their timely applications denied, additional funding may occur, subject to the terms of the Stipulation of Settlement, if any pending appeals are resolved in favor of the class members. If such additional funding occurs, the parties shall so inform the Court; and

3. In exchange for these concessions to the Class, Plaintiff Class Counsel has agreed not to seek additional lodestar fees related to the drafting and filing of their pending motion (ECF 166) and its supporting documentation, or for this stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 30, 2017

THE HONORABLE JON S. TIGAR

[PROPOSED] ORDER
Case No. 3:14-cv-5596-JST

2

Hereby Stipulated,

Dated: November 28, 2017

ABBEY SPANIER LLP
FRUMKIN & HUNTER LLP
LAW OFFICE OF GEOFFREY V. WHITE
SINCLAIR LAW FIRM LLC

By: /s/ *Thomas O. Sinclair*
WILLIAM D. FRUMKIN (*adm. pro hac vice*)
ELIZABETH E. HUNTER (*adm. pro hac vice*)
NANCY KABOOLIAN (*adm. pro hac vice*)
THOMAS O. SINCLAIR (*adm. pro hac vice*)
JUDITH L. SPANIER (*adm. pro hac vice*)
GEOFFREY V. WHITE

Attorneys for Plaintiffs

Dated: November 28, 2017

BREDHOFF & KAISER, PLLC
WEINBERG, ROGER & ROSENFELD

By: /s/ *James Graham Lake*
JULIA PENNY CLARK (*adm. pro hac vice*)
ROBERT ALEXANDER (*adm. pro hac vice*)
JAMES GRAHAM LAKE (*adm. pro hac vice*)
CONCEPCIÓN E. LOZANO-BATISTA
EMILY P. RICH

Attorneys for Defendants